UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 05-482 M |
| v. ) | |
| ) | |
| COREY P. CLAIRMONT, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

    Possession of an Unregistered Firearm, in violation of 26 U.S.C. § 5861 (d).

Date of Detention Hearing:   October 18, 2005.

    The Court conducted a detention hearing pursuant to 18 U.S.C. § 3142(f). Based upon the factual findings and statement of reasons for detention hereafter set forth, the Court finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    The defendant is a risk of flight. The defendant has 3 previous failures to appear. In addition, the defendant was placed in escape status for a state violation. He has an unstable employment status and substance abuse problems.

DETENTION ORDER        15.13
18 U.S.C. § 3142(i)        Rev. 1/91
PAGE 1

(2) Defendant also poses a risk of danger to the community. He was arrested for the current firearms violation while on state supervision. In addition, he has substance abuse problems.

(3) No conditions or combination of conditions are apparent that will reasonably assure the defendant's appearance at future Court hearings or the safety of the community..

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>18th</u> day of October, 2005.

/s/ James P. Donohue
_____
JAMES P. DONOHUE
United States Magistrate Judge